Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR06-245JLR |
| Plaintiff, | ) |
| | ) ORDER [Proposed Amended] |
| v. | ) |
| ALEXANDER MILMAN, and | ) |
| VALENTINA MILMAN, | ) |
| Defendants. | ) |

## **ORDER**

The matter comes before the Court on Defendant's Motion to Continue Trial Date. The Defendants have both filed speedy trial waivers.

Having reviewed all pleadings relevant to this motion, the Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from September 19, 2006 to February 13, 2007, outweigh the best interests of the public and the defendants in a speedy trial. This matter is complex due to the factual and legal complexity of the charges

Order - 1

SCOTT J. ENGELHARD
119 First Avenue South, Suite 320
Seattle, Washington 98104
206-749-0117

involved and it is unreasonable to expect the parties to adequately prepare for trial by September 19, 2006. Additionally, the failure to grant a continuance to February 13, 2007 would deny the defendants the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Therefore, upon consideration of this motion and all other relevant materials, IT IS HEREBY ORDERED that Defendant's motion is granted. The trial is continued to February 13, 2007. Pre-trial motions are due on December 8, 2006.

IT IS FURTHER ORDERED that, for purposed of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of delay from September 19, 2006 through February 13, 2007 is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated this 22nd day of August, 2006,

James L. Robart
United States District Judge