Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEXANDER MILMAN,<br><br>                    Defendant. | )  Case No.  CR06-245JLR<br>)<br>)<br>)<br>)  ORDER CONTINUING TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The matter comes before the Court on Agreed Motion to Continue Trial Date. The Court has reviewed all pleadings relevant to this motion.

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from February 13, 2007 to May 1, 2007, outweigh the best interests of the public and the defendants in a speedy trial. This matter is very complex due to the amount of discovery, the number of legal issues, and the number of potential

Order Continuing Trial - 1

witnesses, and it is unreasonable to expect the parties to adequately prepare for trial by February 13, 2007. Additionally, the failure to grant a continuance to May 1, 2007 would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Therefore, upon consideration of this motion and all other relevant materials, IT IS HEREBY ORDERED that Defendant's motion is granted. The trial is continued to May 1, 2007. Pre-trial motions are due on March 1, 2007. Defendant Milman shall file a waiver of speedy trial no later than December 21, 2006.

IT IS FURTHER ORDERED that, for purposed of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of delay from February 13, 2007 through June 1, 2007 is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated this 14th day of December, 2006,


James L. Robart
United States District Court Judge

Order Continuing Trial - 2

SCOTT J. ENGELHARD
119 First Avenue South, Suite 320
Seattle, Washington 98104
206-749-0117

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Order Continuing Trial - 3